# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

| | | |
|---|---|---|
| United States of America<br>vs.<br>Rebecca Denise Maxwell | Case No. 05-0024 AWI | 2005 JUN 22 P 1: 47<br>CLERK, US DIST. COURT<br>EASTERN DIST. OF CALIF<br>AT FRESNO<br>BY_____ DEPUTY |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Rebecca Denise Maxwell__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the following conditions:

You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All other previously ordered conditions not in conflict with this modification to remain in full force & effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5-25-05   _____  5/26/05
Signature of Defendant        Date     Pretrial Services Officer     Date
Rebecca Denise Maxwell                 Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                              6/17/05
Signature of Assistant United States Attorney      Date
Dawrence Rice

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              6/9/05
Signature of Defense Counsel                       Date
Victor Chavez

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on __forthwith__.
[ ] The above modification of conditions of release is *not* ordered.

_____                              June 22, 2005
Signature of Judicial Officer                      Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services