McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-cr-0024 AWI |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION FOR |
| | ) | DISMISSAL OF INDICTMENT, AND |
| v. | ) | ORDER THEREON. |
| | ) | |
| REBECCA DENISE MAXWELL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against defendant Rebecca Denise Maxwell in the interest of justice, based on the results of further investigation into the alleged offense and, specifically, review of reports of Federal Defender Investigator Manny Vasile's interviews of Laprice Reynolds, Deputy U.S. Marshal Gil Rodriguez, and Christina Manning.  Put simply, those interviews cast doubt on whether the defendant was attempting to harbor a fugitive or taking the fugitive to turn himself in to the police.

///

| | |
|---|---|
| DATED: September 2, 2005 | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| | By/s/Dawrence W. Rice, Jr.<br>   DAWRENCE W. RICE, JR.<br>Assistant U.S. Attorney |

## ORDER

IT IS ORDERED that the Indictment in 1:05-cr-0024 AWI against defendant Rebecca Denise Maxwell be dismissed.

IT IS SO ORDERED.

**Dated:   September 6, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

2